■ JUSTINE THOMPSON, Respondent, v MICHAEL COOPER, Esq., et al., Appellants. (Appeal No. 1.) [885 NYS2d 665]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered March 7, 2008 in a legal malpractice action. The order, insofar as appealed from, denied in part the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Peradotto and Gorski, JJ.

■ JUSTINE THOMPSON, Respondent, v MICHAEL COOPER, Esq., et al., Appellants. (Appeal No. 2.) [885 NYS2d 666]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered July 1, 2008 in a legal malpractice action. The order adopted the order entered March 7, 2008 with respect to the motion of defendant Cellino & Barnes.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Martoche, Peradotto and Gorski, JJ.